1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3
   Telephone:   (510) 523-4702
4  Facsimile:   (510) 747-1640

5  Attorney for Plaintiff
   United States of America
6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  **UNITED STATES OF AMERICA**,
                                    Case No. **C92-2388 M**
12                    Plaintiff,
                  v.
13
    **CARLOS MATAS**
14  **aka CARLOS A. MATAS**,
                                    **WRIT OF CONTINUING**
15                    Defendant,     **GARNISHMENT**

16                  and

17  **O'REILLY AUTO PARTS**,

18                    Garnishee.
    _____/
19

20  TO:    Payroll Department
          O'REILLY AUTO PARTS
21        233 S Patterson Avenue
          Springfield, MO 65802
22

23       YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

24  THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

25  YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

26  JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

27       The name, SSN XXX-XX-2787, and last known address of the person who is

28  the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

1  is subject to this Writ are as follows:

2  CARLOS MATAS aka CARLOS A. MATAS
   1360 Woodelf Drive
3  San Jose, CA 95121-2431

4       This Writ has been issued at the request of the United States of America to

5  enforce the collection of a civil judgment entered in favor of the United States against

6  the debtor for a defaulted student loan in the amount of $2,216.41.  There is a balance

7  of $2,986.29 due on the judgment, which amount includes costs and interest

8  computed through February 16, 2016.

9       The following are the steps that you must take to comply with this Writ.  If you

10 have any questions, you should consult with your attorney.

11      1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

12 or possession any property of the debtor, including wages, salary, or commissions, in

13 which the debtor has a substantial nonexempt interest, or if you obtain custody,

14 control, or possession of such property while this Writ is in effect, you must

15 immediately withhold such property from the debtor and retain it in your possession

16 until you receive instructions from the Court which will tell you what to do with the

17 property.  The United States has requested that the sum of 25% of the debtor's

18 disposable earnings, which under California law represents the nonexempt portion of

19 the debtor's earnings, be withheld from the defendant's earnings.

20      2.  Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

21 within 10 days after service of this Writ upon you.  You must answer the Writ even if

22 you do not have in your custody, control, or possession any property of the debtor.

23 Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

24 information:

25      a.      Whether or not you have in your custody, control, or possession, any

26              property owned by the debtor in which the debtor has a substantial

27              nonexempt interest, including nonexempt, disposable earnings;

28

1    b.    a description of such property and the value of such property;

2    c.    a description of any previous garnishments to which such property is

3          subject and the extent to which any remaining property is not exempt;

4          and

5    d.    the amount of the funds you anticipate owing to the debtor in the future

6          and whether the period for payment will be weekly or another specified

7          period.

8    For your convenience, a form which addresses the above-requested information is

9    attached and may be used to Answer the Writ.

10        3.  After you complete the answer under oath, pursuant to 28 U.S.C. §

11   3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

12   must mail or deliver the original Answer bearing the original signature of the person

13   preparing the answer to the Court at the following address:

14        Civil Clerk, United States District Court
          450 Golden Gate Avenue, 16th Floor
15        San Francisco, CA 94102

16   At the same time that you mail or deliver the original answer to the Court, you must

17   also mail or deliver a copy of the original Answer to both the debtor and attorney for

18   the United States at the following respective addresses:

19   CARLOS MATAS aka CARLOS A. MATAS
     1360 Woodelf Drive
20   San Jose, CA 95121-2431

21   Michael Cosentino, Attorney at Law
     P.O. Box 129
22   Alameda, CA 94501

23   Please note that the attached form Answer contains a certificate of service which

24   needs to be completed by the person mailing the copies of the answer to the debtor

25   and the attorney for the United States, and which needs to be filed along with the

26   Answer.

27        **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

28

Writ of Continuing Garnishment cand C92-2388 M                                          3

1  **IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**

2  **COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO**

3  **ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH**

4  **THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO**

5  **APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY**

6  **WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR**

7  **THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY**

8  **(INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO**

9  **AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND**

10 **AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED**

11 **HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO**

12 **APPEAR.**

13

14 SUSAN Y. SOONG, Clerk
   United States District Court
   for the Northern District of California

15

16 Dated: ___2/25/2016___        By: _____
                                    Deputy Clerk   Mark Romyn

17

18

19

20

21

22

23

24

25

26

27

28

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand C92-2388 M

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            ) Case No. C92-2388 M
12                         Plaintiff,       )
                     v.                     )
13                                          )
     CARLOS MATAS                           )
14   aka CARLOS A. MATAS,                   )
                                            )
15                         Defendant,       )
                                            )
16                         and              )
                                            )
17   O'REILLY AUTO PARTS,                   )  **ANSWER OF GARNISHEE**
                                            )
18                         Garnishee.       )
     _____)
19

20       I, _____, being first duly sworn, hereby state the following:

21       1. I am the _____ (Official Title) of the Garnishee

22   named in the above caption.  I am authorized to prepare this Answer on behalf of the

23   Garnishee.

24       2. The Garnishee was served with the Writ of Continuing Garnishment on

25   _____ (date) in this action.

26       3. The Garnishee currently has custody, control, or possession of earnings of

27   the Defendant.  Yes____  No____

28       4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.   Yes_____   No_____

2     5.  For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4     a.     Defendant was in my/our employ.  Yes_____   No_____

5     b.     The Defendant's pay period is ____ weekly,   ____ bi-weekly,

6            ____ semi-monthly, ____ monthly.

7     c.     The Defendant's present pay period began on _____ (date).
              ("Present" means the pay period in which the Writ of Continuing
8            Garnishment was served.)

9     d.     The Defendant's present pay period ends on _____ (date).

10    e.     The Defendant's net wages are as calculated below:

11                  (1) Gross Pay                              $_____

12                  (2) Federal income tax      $_____

13                  (3) F.I.C.A. tax               $_____

14                  (4) State income tax         $_____

15                  (5) SDI                          $_____

16                          Total tax withholdings      $_____

17
      Net Wages                                    $_____
18    (gross pay minus above withheld taxes)

19     6.  Are there any other garnishments currently in effect?  Yes _____   No _____

20   If the answers is yes, describe below and attach to this Answer a copy of each

21   garnishment:

22

23   _____

24   _____

25   _____

26     7.  Will the Garnishee owe the Defendant money in the foreseeable future?

27   Yes _____   No_____     If the answer is yes, provide the reason why such money will be

28   owed, the amount of money that will be owed, and the date or dates on which each

2

1  payment will be due:

2

| Type of<br>Payment | Amount | Date Payment<br>Will be Due |
|---|---|---|
3
4  1._____   _____   _____
5  2._____   _____   _____
6  3._____   _____   _____

7        8.  Does the Garnishee currently have custody, control or possession of property

8  (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

9  Defendant maintains an interest?   Yes____   No____   If the answer is yes, then

10  provide the following information for each item of such property:

11

| Description of<br>Property | Approximate<br>Value | Description of<br>Defendant's Interest |
|---|---|---|
12
13  1._____   _____   _____
14  2._____   _____   _____
15  3._____   _____   _____
16  4._____   _____   _____

17        9.  Does the Garnishee expect to obtain in the foreseeable future custody,

18  control or possession of property (other than earnings) such as bank accounts,

19  pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes____

20  No____   If the answer is yes, then provide the following information for each item of

21  such property:

22

| Description of<br>Property | Approximate<br>Value | Description of<br>Defendant's Interest | Date Will<br>Obtain<br>Property |
|---|---|---|---|
23
24  1. _____   _____   _____   _____
25  2. _____   _____   _____   _____
26  3. _____   _____   _____   _____
27  4. _____   _____   _____   _____

28

3

1    10.  Does the Garnishee have any objections or defenses to the Writ of

2   Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature

3   and basis of each objection and/or defense:

4   _____

5   _____

6   _____

7   _____

8   _____

9        On behalf of O'REILLY AUTO PARTS, I hereby certify under penalty of perjury

10   under the laws of the United States of America that the foregoing is true and correct.

11

12   Telephone #_____

13

14   Fax #          _____

15

16

17   Dated: _____          By: _____

18

19                                       (Sign above and type or print name below)

20

21

22

23

24

25

26

27

28

4

CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of

_____, Missouri; that my business address is

_____; that I am

over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in

envelopes bearing the requisite postage, a copy of:

**ANSWER OF GARNISHEE**

addressed to each of the following, at their last known addresses, at which place

there is service by United States mail.

CARLOS MATAS aka CARLOS A. MATAS
1360 Woodelf Drive
San Jose, CA 95121-2431

Michael Cosentino
Attorney at Law
P.O. Box 129
Alameda, CA 94501

This Certificate was executed on _____ (date),

at _____ (city), Missouri.

I certify under penalty of perjury that the foregoing is true and correct.


_____

(sign above and type or print name below)